A CERTIFIED TRUE COPY

ATTEST

**By April Layne on Oct 02, 2008**

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**Oct 02, 2008**

FILED
CLERK'S OFFICE

**UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION**

**IN RE: PREMPRO PRODUCTS
LIABILITY LITIGATION**

MDL No. 1507

(SEE ATTACHED SCHEDULE)

**ORDER VACATING CONDITIONAL TRANSFER ORDER**

A conditional transfer order ("CTO-145") was filed in the actions listed on the attached schedule on August 5, 2008. No opposition to the transfer of these actions was received by the Panel during the 15-day stay of transmittal for CTO-145. In the absence of any opposition, the conditional transfer order was finalized with respect to these actions on August 21, 2008.

The Panel has now been advised that, due to a clerical error, these actions were listed on CTO-145 with the correct docket numbers but with incorrect party-name captions. Given the error and the passage of time since CTO-145 was finalized, the most prudent course is to vacate CTO-145 with respect to these actions and to include them, with their correct party-name captions, on an upcoming conditional transfer order in MDL-1507.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as CTO-145 filed on August 5, 2008, is VACATED insofar as it relates to these actions.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

**IN RE: PREMPRO PRODUCTS**
**LIABILITY LITIGATION**                                    MDL No. 1507

SCHEDULE A

District of Minnesota

Imelda Cerrato v. Wyeth, et al., C.A. No. 0:08-2871
    (Incorrectly listed as *Josephine I. Carson v. Wyeth, et al.*)
Barbara Garza Burns v. Wyeth, Inc., et al.,  C.A. No. 0:08-3865
    (Incorrectly listed as *Norma Gallo v. Wyeth, Inc., et al.*)
Rose Anna Murray, et al. v. Wyeth, Inc., et al., C.A. No. 0:08-3957
    (Incorrectly listed as *Lorraine Teague v. Wyeth, Inc., et al.*)